

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00192-CR

**IN RE** ROAUL ENRIQUE **DAVILA**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

On April 6, 2022, Relator filed a pro se petition for writ of mandamus and a motion forleave to file a petition for writ of mandamus. After considering the petition and the record, thiscourt concludes Relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for leave is DENIED as moot.

It is so **ORDERED** on April 19, 2022.

PER CURIAM

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CR000974D1, styled *The State of Texas v. Roaul Enrique Davila*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.